JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTHUR L. SIMMS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IMPERIAL WOODPECKER, LLC, a Delware limite liability company, et al.,

Defendants.

Case No. 2:25-cv-09198-AB-SK

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Any pending Motions are **DENIED AS MOOT** and any hearing dates are hereby **VACATED**.

**SO ORDERED.**

Dated: October 23, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE